**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**FILED**

May 15, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____
DEPUTY

| | |
|---|---|
| **YONNEY RICARDO TEJEDA,** §<br>§<br>**Petitioner,** §<br>§<br>**v.** §     **NO. SA-26-CV-01744-OLG**<br>§<br>**MARKWAYNE MULLIN et al.,**[1] §<br>§<br>**Respondents.** § | |

## DISMISSAL ORDER

Before the Court is the status of the Petition for Writ of Habeas Corpus (Dkt. No. 1) filed by Petitioner Yonney Ricardo Tejeda on March 17, 2026. Upon review, this proceeding is duplicative of the case Petitioner initiated on January 20, 2026—*see Ricardo Tejeda v. Thompson*, No. 26-CV-265-OLG—in which the Court has, on Petitioner's motion, ordered Respondents to release him under conditions no more restrictive than those in place before the detention at issue. *Ricardo Tejeda v. Thompson*, No. 26-CV-265-OLG, Dkt. No. 15 (W.D. Tex. May 11, 2026). Accordingly, because Petitioner challenges the same detention via the instant proceeding, his second-filed Petition (Dkt. No. 1) is now moot. This case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

The Clerk is directed to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** on May 15, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

---

[1] Markwayne Mullin became the Secretary of the Department of Homeland Security on March 24, 2026. *See* FED. R. CIV. P. 25(d).